Same case below, 629 F.3d 612.

**No. 10-1210. Makda Fessehaie Teclez-ghi, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 815, 132 S. Ct. 93, 181 L. Ed. 2d 23, 2011 U.S. LEXIS 7006.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 378 Fed. Appx. 615.

**No. 10-1217. Richard A. Van Auken, Trustee, Petitioner v. Peter F. Wirth, et al.**

**No. 10-1325. Richard A. Van Auken, Beneficiary, Petitioner v. Peter F. Wirth, et al.**

565 U.S. 815, 132 S. Ct. 93, 181 L. Ed. 2d 23, 2011 U.S. LEXIS 6931,

October 3, 2011. Petitions for writs of certiorari to the Court of Appeals of New Mexico denied.

**No. 10-1220. John Reece Roth, Petitioner v. United States.**

565 U.S. 815, 132 S. Ct. 94, 181 L. Ed. 2d 23, 2011 U.S. LEXIS 6705.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 628 F.3d 827.

**No. 10-1224. Pest Committee, et al., Petitioners v. Ross Miller, Secretary of State of Nevada.**

565 U.S. 815, 132 S. Ct. 94, 181 L. Ed. 2d 23, 2011 U.S. LEXIS 6861.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 626 F.3d 1097.

**No. 10-1230. Toby Douglas, Director, California Department of Health Care Services, et al., Petitioners v. California Hospital Association.**

565 U.S. 815, 132 S. Ct. 94, 181 L. Ed. 2d 23, 2011 U.S. LEXIS 6640.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 188 Cal. App. 4th 559, 115 Cal. Rptr. 3d 572.

**No. 10-1231. Gregory Diaz, Petitioner v. California.**

565 U.S. 815, 132 S. Ct. 94, 181 L. Ed. 2d 23, 2011 U.S. LEXIS 6632.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 84, 119 Cal. Rptr. 3d 105, 244 P.3d 501.

**No. 10-1233. Douglas A. Smoot, Petitioner v. West Virginia Lawyer Disciplinary Board.**

565 U.S. 815, 132 S. Ct. 94, 181 L. Ed. 2d 23, 2011 U.S. LEXIS 6731.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 228 W. Va. 1, 716 S.E.2d 491.